

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2017

No. 04-17-00700-CV

**BIG TIME AUTOMOTIVE** and Claudia Bennett,
Appellants

v.

**AUTOMOBILE ACCEPTANCE CORPORATION,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-00724
Honorable David A. Canales, Judge Presiding

# O R D E R

The clerk's record was due to be filed with this court on November 21, 2017.  *See* TEX. R. APP. P. 35.1.  After the record's due date, the Bexar County District Clerk notified this court that Appellant has not paid the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee.  *See id.* R. 20.1.

If Appellant fails to respond as ordered, this appeal will be dismissed for want of prosecution.  *See id.* R. 37.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2017.



KEITH E. HOTTLE,
Clerk of Court